U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 05 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| THOMAS WILSON<br>FED. REG. NO. 24601-056<br>VS. | CIVIL ACTION NO. 08-1961<br>SECTION P<br>JUDGE DRELL |
| WARDEN JOE KEFFER | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because petitioner has not shown that he is in custody in violation of the Constitution or laws of the Untied States.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 1st day of MAY, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE